IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| TRACEY WILSON, | * | |
| Plaintiff, | * | |
| v. | * | CV 617-038 |
| ALLY FINANCIAL, INC., | * | |
| Defendant. | * | |

## O R D E R

On October 18, 2017, the parties to this case filed a "Joint Stipulation of Dismissal With Prejudice." Upon consideration and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, **IT IS ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of October 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA